IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE<br><br>MARY JANE BOLLOZOS MANCAO<br>_____,<br><br>Debtor(s). | Case No.: **17-14074**<br><br>Chapter 7 |

**CONSENT MOTION TO EXTEND DEADLINE
TO FILE COMPLAINTS OBJECTING TO DISCHARGE, COMPLAINTS TO
DETERMINE THE DISCHARGEABILITY OF DEBT AND MOTIONS TO DISMISS**

The above-captioned Debtor(s) hereby requests that this Court enter an order extending the time for all parties-in-interest to file a complaints objecting to discharge, complaints to determine the dischargeability of a debt, and motions to dismiss under section 707(b), and in support states as follows:

1. The Debtor(s), in exchange for the Trustee's agreement to continue the Section 341 Meeting of Creditors for the above-captioned case, consents to the entry of an order extending the time for all parties-in-interest to file (i) complaints objecting to the discharge of the Debtor(s); (ii) complaints to determine the dischargeability of debt, and (iii) motions to dismiss the Debtor(s) bankruptcy case under 11 U.S.C. § 707(b).

**WHEREFORE,** Debtor respectfully requests that this Court enter an Order extending the original deadline for all parties-in-interest to file complaints objecting to the discharge of the Debtor's and motions to dismiss under 11 U.S.C. § 707(b) by sixty (60) days.

/s/ Kim Parker
_____
Kim Parker, Esq.   Federal Bar #23894
Law Office of Kim Parker, P.A,

2123 Maryland Ave, Baltimore, MD 21218
Telephone:	410-234-2621
Facsimile:	410-234-2612
kp@kimparkerlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this  23rd  day of  May, 2017, after reviewing the Court's ECF records, that all persons required to be served with a copy of the foregoing Consent Motion to Extend Deadline to File Complaints Objecting to Discharge, Complaints to determine Dischargeability of Debt and Motions to Dismiss electronically or by mailed first-class, postage prepaid: Office of the U.S. Trustee and Merrill Cohen, Trustee via electronic mail to trustee@cohenbaldinger.com.

            /s/Kim Parker
            Kim Parker, Esq.