

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **17–14074 – TJC**   Chapter: **7**

**Mary Jane Bollozos Mancao**
Debtor

## ORDER GRANTING DEBTOR'S CONSENT MOTION
## TO EXTEND DEADLINES

Upon consideration of the Consent Motion to Extend Deadlines filed by the Debtor pursuant to Local Bankruptcy Rule 5071−1(d)(3)(B), good cause appearing therein, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the deadline for all parties−in−interest to file complaints objecting to the discharge of the Debtor under 11 U.S.C. § 727 is hereby extended to and including September 19, 2017; and it is further,

ORDERED, that the deadline for all parties−in−interest to file complaints to determine the dischargeability of debt under 11 U.S.C. § 523 is hereby extended to and including September 19, 2017; and it is further,

ORDERED, that the deadline for all parties−in−interest to file motions to dismiss the Debtor's case under 11 U.S.C. § 707(b)(3) is hereby extended to and including September 19, 2017; and it is further,

ORDERED, that the deadline for the United States Trustee to file a Statement of Presumed Abuse under 11 U.S.C. § 704(b) is hereby extended to and including 10 days after the rescheduled meeting of creditors.

cc:   Debtor
      Attorney for Debtor – Kim D. Parker
      Case Trustee – Merrill Cohen
      U.S. Trustee
      All Creditors

### End of Order

22x07 (rev. 02/06/2017) – akaniowski